# SPECIAL ORDERS

In this section are orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals of general interest to the bench and bar of the state.

*Leave to Appeal From Attorney Discipline Board Denied July 31, 1989:*

ATTORNEY GRIEVANCE ADMINISTRATOR v MORTON, No. 85245.

*Order Published August 23, 1989:*

PEOPLE v LEGREE, No. 86164. The certification by the Court of Appeals pursuant to Administrative Order No. 1984-2 that its decision in this case conflicts with its decisions in *People v Rodgers,* 30 Mich App 582 (1971), *People v Crawford,* 144 Mich App 86 (1985), *People v Martinez,* 147 Mich App 94 (1985), *People v Timothy Moore,* Court of Appeals Docket No. 89319, per curiam opinion released February 19, 1987, lv gtd 429 Mich 858 (1987), and *People v Harden,* 166 Mich App 106 (1988), is considered, and in the absence of an application for leave to appeal, the Court declines to order further consideration of the question presented. See *People v Timothy Moore,* 432 Mich 311 (1989).

*Leave to Appeal Granted August 30, 1989:*

ADDISON TOWNSHIP v GOUT, No. 83379. On reconsideration, the opinion and judgment of July 14, 1989, are vacated, and leave to appeal is granted. The Attorney General is invited to file a brief on behalf of the people of the State of Michigan. Reported at 432 Mich 627.

*Rehearing Denied August 30, 1989:*

MORGAN v CITIZENS INSURANCE COMPANY OF AMERICA, No. 81755. Reported at 432 Mich 640.

*Rehearings Denied September 8, 1989:*

BULLOCK v AUTOMOBILE CLUB OF MICHIGAN, No. 78027. Motion by Michigan Manufacturers Association for leave to file a brief amicus curiae is granted. Reported at 432 Mich 472.

BRITTANY PARK APARTMENTS v HARRISON CHARTER TOWNSHIP, Nos. 82162, 82163. Reported at 432 Mich 798.